■ FEDERATION OF PUERTO RICAN ORGANIZATIONS OF BROWNSVILLE, INC., et al., Respondents, v HERIBERTO MATEO et al., Appellants. [652 NYS2d 954] —Appeal from order, Supreme Court, New York County (Ira Gammerman, J.), entered April 4, 1996, which denied defendants' motion to reargue, denominated a motion to vacate a default, unanimously dismissed as taken from a nonappealable order, without costs.

Although denominated a motion to vacate a default, defendants' motion was, in actuality, one to reargue the prior order that had conditionally struck their answer pursuant to CPLR 3126 (3), rendering the instant order nonappealable (*see, Berman v Szpilzinger,* 180 AD2d 612). In any event, if we were to review, we would find that defendants provided neither a reasonable excuse for their failure to comply with the conditional order nor an affidavit of merit by one with personal knowledge of the facts (*see, Becerril v Skate Way Roller Rink,* 184 AD2d 365, 366). Concur—Williams, J. P., Tom, Mazzarelli and Andrias, JJ.